IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GODINEZ MALDONADO, ) | No. C 10-1629 LHK (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| DEPUTY JENNIFER CLAMON, et al., ) | |
| Defendants. ) | |

    On April 15, 2010, Plaintiff, formerly housed at the Maguire Correctional Facility in Redwood City, and proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that various San Mateo County officials violated his constitutional rights. On December 21, 2010, the parties filed a stipulation agreeing to Plaintiff's motion for voluntary dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this action is DISMISSED with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/27/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Maldonado629voldis.wpd