IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GODINEZ MALDONADO, | No. C 10-1629 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPUTY JENNIFER CLAMON, et al., | |
| Defendants. | |

The Court dismisses this action with prejudice. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   12/27/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Maldonado629jud.wpd